NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AERO-STREAM, LLC,**

*Plaintiff-Cross-Appellant*

**v.**

**SEPTICAIRAID, LLC, ARTIE ZABEL,**

*Defendants-Appellants*

---

2015-1542, 2015-1569

---

Appeals from the United States District Court for the Eastern District of Wisconsin in No. 2:12-cv-00190-LA, Judge Lynn Adelman.

---

**JUDGMENT**

---

S. EDWARD SARSKAS, Michael Best & Friedrich, LLP, Milwaukee, WI, for plaintiff-cross-appellant.

MICHAEL T. HOPKINS, IP-LitigationUS, LLC, Milwaukee, WI, for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2016              /s/ Daniel E. O'Toole
     Date                    Daniel E. O'Toole
                             Clerk of Court